In re Estate of Walter S. Vanderwater, Deceased. City National Bank of Kankakee, Executor of Last Will and Testament of Walter S. Vanderwater, Deceased, Appellee, v. Richard S. Vanderwater, Appellant.

Gen. No. 10,002.

Heard in this court at the February term, 1945; opinion filed May 28, 1945; released for publication June 18, 1945. V. W. McIntire for appellant; C. M. Granger and W. C. Schneider, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.